FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 25, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,<br><br>        Plaintiff,<br><br>        v.<br><br>CITY OF YAKIMA, a municipal corporation; OFFICEMAX, INC., an Ohio corporation,<br><br>        Defendants. | No. 1:20-CV-03156-SAB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** |

    Before the Court is Plaintiff Confederated Tribes and Bands of the Yakama Nation's Motion for Reconsideration Re: Order Granting Continuance, ECF No. 29. The Court heard oral argument on August 24, 2021 by videoconference. David Askman, Anthony Aronica, Michael Frandina, Thomas Zeilman, and Shona Voelckers appeared on behalf of Plaintiff. Spencer Gheen appeared on behalf of Defendant City of Yakima.

    During the hearing, the Court found that Plaintiff would not be unduly prejudiced by a three-month trial continuance. Given the need for completion of discovery and development of expert reports, the Court finds that good cause still exists to continue the trial date to June 27, 2022. Consequently, the Court's amended Jury Trial Scheduling Order, ECF No. 28, remains binding in this matter.

//

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** *1

Accordingly, it is **HEREBY ORDERED**:

1. Plaintiff's Motion for Reconsideration, ECF No. 29, is **denied**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 25th day of August 2021.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION** *2