Thomas Zeilman, WSBA #28470
LAW OFFICES OF THOMAS ZEILMAN
32 N. 3rd Street, Suite 310
P.O. Box 34
Yakima, WA  98901
Telephone: (509) 575-1500
Email: tzeilman@qwestoffice.net

David F. Askman, WSBA #58164
Michael M. Frandina, WSBA #58193
THE ASKMAN LAW FIRM LLC
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone: (720) 407-4331
Emails: dave@askmanlaw.com
michael@askmanlaw.com

Shona Voelckers, WSBA #50068
Anthony Aronica, WSBA #54725
YAKAMA NATION OFFICE OF LEGAL COUNSEL
P.O. Box 151 / 401 Fort Road
Toppenish, WA  98948
Telephone: (509) 865-7268
Emails: shona@yakamanation-olc.org,
anthony@yakamanation-olc.org

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| **CONFEDERATED TRIBES AND BANDS OF THE YAKAMA NATION,**<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF YAKIMA, a municipal corporation,**<br><br>Defendant. | Case No. 1:20-cv-03156-SAB<br><br>**YAKAMA NATION'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT** |

YAKAMA NATION'S NOTICE OF ACCEPTANCE
OF DEFENDANT'S OFFER OF JUDGMENT — 1

Plaintiff, Confederated Tribes and Bands of the Yakama Nation (the "Yakama Nation"), hereby provides notice that it has accepted Defendant City of Yakima's ("City") Offer of Judgment [ECF No. 115]. Attached hereto is a Proposed Order and Judgment entering judgment as set forth in the Offer of Judgment, and implementing declaratory relief against the City in favor of Yakama Nation.

DATED this 12th day of December, 2022.

/s/ *Thomas Zeilman*
Thomas A. Zeilman, WSBA #28470
LAW OFFICES OF THOMAS ZEILMAN
32 N. 3rd Street, Suite 310
P. O. Box 34
Yakima, WA 98907-0487
Telephone: (509) 575-1500

/s/ *Michael Frandina*
David F. Askman, WSBA #58164
Michael M. Frandina, WSBA #58193
THE ASKMAN LAW FIRM LLC
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone: (720) 407-4331

/s/ *Shona Voelckers*
Shona Voelckers, WSBA #50068
Anthony Aronica, WSBA #54725
YAKAMA NATION
OFFICE OF LEGAL COUNSEL
P.O. Box 150 / 401 Fort Road
Toppenish, WA 98948
Telephone: (509) 865-7268

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: none.

/s/ Michael Frandina_____
Michael M. Frandina, WSBA #58193
THE ASKMAN LAW FIRM LLC
1543 Champa Street, Suite 400
Denver, CO 80202
Telephone: (720) 407-4331
Email: michael@askmanlaw.com
**Attorney for Plaintiff**